

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2014

No. 04-14-00121-CR

Dorin James **WALKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8370B
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on April 23, 2014. This court granted Appellant's first and second motions for extension of time to file the brief until June 23, 2014. On June 27, 2014, Appellant filed his brief and a third motion for extension of time to file the brief.

Appellant's motion for extension of time to file the brief is GRANTED. Appellant's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2014.

_____
Keith E. Hottle
Clerk of Court